# Court of Appeals
# of the State of Georgia

ATLANTA, __October 19, 2021__

*The Court of Appeals hereby passes the following order:*

## A21A1616. EDWARD TYRONE RIDLEY v. ARTHUR PARKER et al.

The trial court entered an order denying prison inmate Edward Tyrone Ridley's petition for an emergency writ of mandamus. Ridley then filed a notice of appeal to this Court. We, however, lack jurisdiction.

While judgments and orders granting or refusing to grant mandamus relief are generally directly appealable, see OCGA § 5-6-34 (a) (7), under the Prison Litigation Reform Act, any appeal in a civil case that was initiated by a prisoner must come by discretionary application. See OCGA § 42-12-8; *Brock v. Hardman*, 303 Ga. 729, 731 (2) (814 SE2d 736) (2018). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Ridley was thus not entitled to file this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,__10/19/2021_____
  I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ Stephen E. Castlen _____ , Clerk.